IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                              No. 4:03-cr-208-DPM

JAYE LYNETTE JARRETT                                              DEFENDANT

## ORDER

Jarrett has filed a motion to seal the record of her felony conviction in this case so that she can buy a gun. Her case was reassigned to my docket because Judge Moody has retired.

I understand the reasons underlying Jarrett's request. And I commend her for turning her life around and mentoring foster children. But she is, in essence, asking me to expunge her criminal conviction. I don't have jurisdiction to do so. *United States v. Meyer*, 439 F.3d 855, 858-63 (8th Cir. 2006). Jarrett's motion, *Doc. 81*, is therefore denied.

So Ordered.

*(signature)*
D.P. Marshall Jr.
United States District Judge

<u>4 April 2025</u>