IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                          PLAINTIFF

v.                    No. 4:03-cr-208-DPM

JAYE LYNETTE JARRETT                            DEFENDANT

### ORDER

Motion to reconsider, *Doc. 85*, denied.  I don't have jurisdiction to seal or expunge Jarrett's record.  *United States v. Meyer*, 439 F.3d 855, 858-63 (8th Cir. 2006).

So Ordered.

*D.P. Marshall Jr.*

D.P. Marshall Jr.
United States District Judge

20 August 2025